

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2023

No. 04-23-00661-CV

Craig **DAVIS**,
Appellant

v.

**FIRST NATIONAL BANK OF SONORA**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 21-632
Honorable Kirsten Cohoon, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of the appeal are assessed against the appellant.

It is so **ORDERED** on November 29, 2023.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2023.

_____
Michael A. Cruz, Clerk of Court